UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC, and BENJAMIN GITTLESON,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEP'T OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 1:20-cv-1408 (BAH) |

**EIGHTH JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of July 30, 2021, the parties hereby submit this joint status report.

**Background and Current Status**:  This case concerns a request under the Freedom of Information Act, 5 U.S.C. § 552, submitted by Plaintiffs American Broadcasting Companies, Inc. and Benjamin Gittleson ("Plaintiffs") to Defendant United States Department of Health and Human Services ("Defendant") on or about April 3, 2020, seeking emails regarding a particular change made to the text of the website for the United States Strategic National Stockpile. Plaintiffs initiated this action on May 27, 2020, and Defendant answered on July 2, 2020.

Defendant initially conducted a broad keyword search that returned over 40,000 pages of material after deduplication.  In light of the returns of that initial search, counsel for the parties conferred via telephone and email, and as a result of those conversations Defendant agreed to conduct a revised search using specific keywords and other limiting criteria provided by Plaintiffs.  Defendant completed its revised search and located approximately 6,972 pages of potentially responsive records, including attachments to emails.

1

Defendant made productions of records in September, October, November, and December of 2020, and January, February, March, April, May, June, and July of 2021. Defendant withheld records and portions thereof that the agency maintains are exempt pursuant to FOIA exemptions 5 and 6, as well as other records it maintains are "not relevant" or not "responsive" to Plaintiffs' FOIA request. Defendant reports that it has completed its processing of records in this matter.

**Next Steps:**

The parties are discussing whether any remaining disputes, including attorney's fees and costs, can be resolved informally or if motions practice will be necessary. The parties are making progress and wish to continue discussing the possibility of settlement. The parties respectfully propose to file another status report in approximately 30 days to update the Court and propose next steps.

**Conclusion:**

For the reasons set forth herein, the parties propose that they file a further status report with the Court on or before September 30, 2021, setting forth the status of this matter.

Dated: August 31, 2021                                        Respectfully Submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Amy E. Powell
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760

Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendant*

/s/Adam A. Marshall
Adam A. Marshall
D.C. Bar No. 1029423
Katie Townsend
D.C. Bar No. 1026115
Email: ktownsend@rcfp.org
Email: amarshall@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

*Counsel for Plaintiffs*